```
                                              F I L E D
                                                 Clerk
                                              District Court

                                              MAY - 4 2007

                                              For The Northern Mariana Islands
                                              By_____
                                                       (Deputy Clerk)
```

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. CR 07-00009 |
| Plaintiff, ) | |
| v. ) | I N D I C T M E N T |
| ) | Title 18, U.S.C., §§ 2421, 2 – Foreign Transportation for Prostitution (Ct. 1); Title 18, U.S.C., §§ 2314, 2 – Foreign Transportation of Persons in Execution of Fraud Scheme (Ct. 2). |
| SUN, WEI QIN, ) | |
| Defendant. ) | |

THE GRAND JURY CHARGES:

### COUNT ONE

### FOREIGN TRANSPORTATION FOR PROSTITUTION

1. On or about March 2, 2007, in the District of the Northern Mariana Islands and elsewhere, SUN, WEI QIN, the defendant, unlawfully, willfully and knowingly, transported an individual, to wit, Lin, Xiu Lan, in interstate and foreign commerce, and in any Territory and Possession of the United States, with the intent that such individual engage in prostitution and in sexual activity which would constitute a criminal offense under 6 N. Mar. I. Code §§ 1342 and 1343,

(Title 18, United States Code, Sections 2421 and 2).

THE GRAND JURY FURTHER CHARGES:

### COUNT TWO

### FOREIGN TRANSPORTATION OF PERSON IN EXECUTION OF FRAUD SCHEME

2. On or about March 2, 2007, in the District of the Northern Mariana Islands and elsewhere, SUN, WEI QIN, the defendant, unlawfully, knowingly and wilfully, having devised and intending to devise a scheme and artifice to defraud and for obtaining money by means of materially false and fraudulent pretenses, representations and promises, transported and caused to be

transported, and induced Lin, Xiu Lan, to travel in, and be transported in, interstate and foreign commerce in the execution and concealment of a scheme and artifice to defraud such person of money and property having a value of $5,000 and more,

(Title 18, United States Code, Sections 2314 and 2).

Dated this 4 day of May, 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
TIMOTHY E. MORAN
Assistant United States Attorney

2