# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-07-00009                                                                                May 14, 2007
                                                                                           9:40 a.m.

### UNITED STATES OF AMERICA  -V- SUN, WEI OIN

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
            ERIC O'MALLEY, ASSSISTANT U.S. ATTORNEY
            SUN, WEI OIN, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE

Defendant appeared without counsel.  Government was represented by Timothy Moran and Eric O'Malley, AUSAs.  Also present were U.S. Probation Officer, Margarita Wonenberg and FBI Special Agent, Dana McMahon.

Government moved to **unseal** the case.  Court so ordered.

Shao Yu Lynch, was sworn as interpreter/translator of the Mandarin language.

Defendant was examined as to her understanding of her constitutional rights, her right to trial and her understanding of the proceedings.

Defendant was advised that if she did qualify for a Court Appointed counsel that one would be appointed for her.  Court found that she did qualify for a court-appointed counsel and so ordered.

Court set the arraignment hearing for 8:30 a.m. tomorrow morning.

Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

Adjourned at 9:50 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy