# United States District Court

DISTRICT OF __the Northern Mariana Islands__

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SUN, WEI QIN,

    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 07 - 00009

To: The United States Marshal
and any Authorized United States Officer

FILED
Clerk
District Court

YOU ARE HEREBY COMMANDED to arrest __SUN, WEI QIN__

MAY 15 2007

and bring him forthwith to the nearest magistrate to answer a(n)

For The Northern Mariana Islands
By_____
(Deputy Clerk)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

**Foreign Transportation for Prostitution (Count 1); and**
**Foreign Transportation of Persons in Execution of Fraud Scheme (Count 2).**

in violation of Title __18__ United States Code, Section(s) __2421, 2__

and in violation of Title ____ United States Code, Section (s) ____

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson  5-4-07 | SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ NO BAIL | by  Alex R. Munson  /s/ Alex R. Munson |
| | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at __Phoenix Karaoke - Saipan, MP__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/4/07 | DANA M. MCMAHON, FBI - SAIPAN RA | /s/ Dana M. McMahon |
| DATE OF ARREST | | |
| 5/12/07 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: SUN WEI QIN

ALIAS: MARY

LAST KNOWN RESIDENCE: Chalan Kanoa

LAST KNOWN EMPLOYMENT: Phoenix Karaoke

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____