# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*****************************************************************************

CR-07-00009                                              May 15, 2007
                                                         8:25 a.m.

### UNITED STATES OF AMERICA -vs- SUN, WEI OIN

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           LOREN SUTTON, COURT-APPOINTED ATTORNEY FOR DEFENDANT
           SUN, WEI OIN, DEFENDANT

PROCEEDINGS:   ARRAIGNMENT

　　　Defendant **SUN, WEI OIN** appeared with court-appointed counsel, Attorney Loren Sutton. Government was represented by Timothy Moran, AUSA. Also present was Margarita Wonenberg, U.S.. Probation Officer.

　　　Shao Yu Lynch was sworn as interpret/translator.

　　　Defendant was sworn and advised of her constitutional rights.

　　　Defense stated that they were ready to proceed with an arraignment hearing.

　　　Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against her. Court set jury trial for **MONDAY, July 16, 2007 at 9:00 a.m.** Pretrial motions shall be filed by **May 28**, **2007**.

　　　Government moved for detention because she poses a risk to the community and she is a flight risk. No opposition by Defense.

　　　The defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

                                              Adj.  8:35 a.m.


                                              /s/K. Lynn Lemieux, Courtroom Deputy