```
                                              F I L E D
                                                 Clerk
                                             District Court

                                              JUN - 4 2007

                                          For The Northern Mariana Islands
                                          By_____
                                                  (Deputy Clerk)
```

1  LOREN A. SUTTON
   Law Office of Loren A. Sutton
2  Summer Holiday Hotel, Ste 7101
   Garapan, Saipan
3  P.O. Box 5593 CHRB
   Saipan MP 96950
4
   Appointed Counsel for Defendant
5
                    IN THE UNITED STATES
6                      DISTRICT COURT
                          FOR THE
7                NORTHERN MARIANA ISLANDS

8  UNITED STATES OF AMERICA,    ) CRIM. CASE NO. 07-00009
                                )
9         Plaintiff,            ) DECLARATION OF COUNSEL RE
                                ) REQUEST TO WITHDRAW FROM COURT
10    vs.                       ) APPOINTMENT
                                )
11 SUN, WEI QIN,                )
                                )
12        Defendant             )
   _____)
13

14     COMES NOW, Loren A. Sutton, Court appointed counsel for

15 Defendant Sun, Wei Qin, and hereby declares the following in

16 support of his request to withdraw from the Court's appointment.

17     Upon investigating the facts of this matter in order to

18 develop a defense or defenses to the allegations in the

19 Indictment Counsel discovered that a long time client of

20 Counsel's is involved in the case. Upon making inquiry to F.B.I.

21 Agent Dana McMahon as to the status of my client in the

22 investigation I received no definite information understandably

23 since the investigation is on-going. I was told by Agent

24

25

                              - 1 -

ORIGINAL

McMahon, however, that my client was known to them which gives me reason to believe that my client may be a "target." The same inquiries were made to U.S. Attorney Eric O'Malley who also was not able to give me any definite information but who did state that in cases of this kind the role of my client could well result in her being a "target" in this or other cases.

Because of the obvious conflict that this situation presents, Counsel respectfully requests to be relieved of representation of this Defendant.

Respectfully submitted on this 4th day of June, 2007.

*[signature]*
Loren A. Sutton (F0179)
Counsel for Defendant

- 2