F I L E D
Clerk
District Court

JUN - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07-00009 |
| | ) | |
| Plaintiff | ) | |
| | ) | ORDER GRANTING MOTION |
| v. | ) | TO WITHDRAW AS COUNSEL |
| | ) | and DIRECTING CLERK OF |
| SUN, Wei Qin, | ) | COURT TO APPOINT NEW |
| | ) | COUNSEL |
| Defendant | ) | |
| _____ | ) | |

　　　BASED UPON the stipulation of counsel for plaintiff and defendant, and the

declaration of defense counsel, and good cause appearing therefrom,

　　　IT IS ORDERED that Loren A. Sutton be and hereby is allowed to withdraw

as counsel for defendant SUN, Wei Qin; and,

1    IT IS FURTHER ORDERED that the Clerk of Court shall appoint as counsel

2    for defendant the next attorney on the Criminal Justice Act Panel.

3    DATED this 5th day of June, 2007.

_____
ALEX R. MUNSON
Judge