AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ____the Northern Mariana Islands____

UNITED STATES OF AMERICA,

    Plaintiff,

V.

SUN, WEI QIN,

    Defendant.

**FILED**
Clerk
District Court

JUN 12 2007

for The Northern Mariana Islands
By _____
    (Deputy Clerk)

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-00009

**ORIGINAL**

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____SUN, WEI QIN____
                                                                         Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

    **Foreign Transportation for Prostitution (Count 1); and**
    **Foreign Transportation of Persons in Execution of Fraud Scheme (Count 2).**

RECEIVED MAY 04 2007 US MARSHALS SERVICE-CNMI

in violation of Title __18__ United States Code, Section(s) __2421, 2__

and in violation of Title ____ United States Code, Section (s) _____

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Alex R. Munson* (signature) | 5-4-07    SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ __NO BAIL__    by __Alex R. Munson__ *Alex R. Munson* (signature)
                                                                     Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Chalan Kanoa Pheonix Karecokl Village Saipan MP 96950

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04 MAY 07 | Calvert, W. M. | CIDUSM |
| DATE OF ARREST | USMS CIDUSM D/NMI | #3056 |
| 11 MAY 07 | | |