# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-07-00009                                          July 6, 2007
                                                     9:30 a.m.

### UNITED STATES OF AMERICA -vs- SUN , WEI QIN

PRESENT:    HON. ALEX R. MUNSON, CHIEF  JUDGE PRESIDING
            LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE SHMULL, COURT REPORTER
            ERIC O'MALLEY,  ASSISTANT U.S. ATTORNEY
            SUN ,WEI QIN, DEFENDANT
            JOSEPH CAMACHO, ATTORNEY FOR DEFENDANT

PROCEEDINGS:   WAIVER OF SPEEDY TRIAL

        Defendant was present with court appointed counsel,  Attorney Joseph Camacho. Government by Eric O'Malley, AUSA.

        Interpreter/translator, Aby Leung, was sworn.

        Defendant was sworn.  Defendant stated in open Court  that she and her attorney needed more time to prepare for trial.

        Defendant signed the Waiver Of Speedy Trial pleading in open court. Defendant stated in open court that she wished to waive her right to speedy trial. Defendant was examined as to her understanding of her constitutional rights and her right to a speedy trial.

        The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including, **October 31,  2007** and that jury trial would commence on **Monday**, **October 1,  2007  at 9:00 a.m.** in this courtroom.

        Defendant was remanded into the custody of the U.S. Marshal.

                        Court adjourned at 9:50 a.m.

                        /s/K. Lynn Lemieux, Courtroom Deputy