FILED
Clerk
District Court

SEP 17 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
        MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P. O. Box 500377
5  Saipan, MP  96950-0377
   Telephone:   (670) 236-2952
6  Fax:         (670) 236-2985

7  Attorneys for Plaintiff
   United States of America
8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN MARIANA ISLANDS

11
   UNITED STATES OF AMERICA,         )   CRIMINAL CASE NO. 07-00009
12                                   )
                                     )
13              Plaintiff,            )   **STIPULATION TO CONTINUE**
                                     )   **JURY TRIAL UNTIL MONDAY,**
14          vs.                       )   **OCTOBER 15, 2007 AT 9:00 A.M.;**
                                     )   **ORDER**
15  SUN, WEI QIN,                    )
                                     )
16              Defendant.            )
   _____)
17

18                          **STIPULATION**
19

20       The United States and the Defendant SUN, WEI QIN, through his counsel, Joseph N. Camacho,

21  do hereby stipulate and request that the Jury Trial which is now scheduled for October 1, 2007 at 9:00

22  a.m., be continued until **October 15, 2007, at 9:00 a.m.**

23  //

24  //

25

26

27

28                                    1

1

2     The parties make this request for the reason that government counsel is off-island, September

3 26 - 30, 2007.

4

5 DATED: 9/14/07                            JOSEPH N. CAMACHO

6                                      Counsel for Defendant

7

8

9                                   LEONARDO M. RAPADAS
                                  United States Attorney

10                                 District of the Northern Mariana Islands

11

12 DATED: 9/17/07          By:                    
                                 ERIC S. O'MALLEY
                                 Assistant U.S. Attorney

13

14

15

16                                **ORDER**

17

18     IT IS SO ORDERED this 17TH day of September, 2007.

19                                   HONORABLE ALEX R. MUNSON

20                                   Chief Judge, District Court of
                                  the Northern Mariana Islands

21

22

23

24

25

26 **RECEIVED**

27 SEP 14 2007

28     Clerk
    District Court
The Northern Mariana Islands                       2