LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:  (670) 236-2980
Fax:        (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>            Plaintiff,         )<br>                               )<br>      v.                       )<br>                               )<br> SUN, WEI QIN,                 )<br>                               )<br>            Defendant.         )<br>                               )<br>                               )<br>                               )<br>                               )<br>_____) | Criminal Case No. 07-00009<br><br>GOVERNMENT'S PROPOSED<br>QUESTIONS FOR VOIR DIRE<br><br><br>Trial:  October 15, 2007<br>Time:   9:00 a.m.<br>Judge:  Hon. Alex R. Munson |

     The United States of America, by and through its undersigned attorneys, hereby requests that the Court ask the attached questions during jury voir dire, in addition to those questions customarily asked by the Court.

                                         LEONARDO M. RAPADAS
                                         United States Attorney
                                         District of the Northern Mariana Islands

DATED: 10/05/07        By:    _____/s/_____
                                      ERIC S. O'MALLEY
                                      Assistant U.S. Attorney

## GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

General

1. Is there anything about the charges in this case that makes you unwilling or reluctant to serve as a juror?

2. Do you have any principles based on your religious or ethical teachings that would affect your ability to serve as a fair and impartial juror?

Alien and Worker Exploitation Issues

3. Do you disagree that the laws of this country should apply equally to everyone inside the United States, regardless of where they come from or their citizenship?

4. Do you believe that too much is made of labor abuses in the C.N.M.I., and that an alien who came from China should simply be happy that they are here and not make trouble?

5. Are you worried that the C.N.M.I.'s reputation is being harmed by the bad publicity about human trafficking on Saipan? If yes, would this possible harm or embarrassment to the C.N.M.I. make you think twice about returning a guilty verdict?

6. Do you believe that too much government money is spent trying to protect alien workers from crimes committed by other alien workers?

Prostitution

7. Do you believe that prostitution should be legal? If yes, would this belief make you think twice about returning a guilty verdict if someone is guilty of prostitution or promoting prostitution?