LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2980
Fax:          (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | GOVERNMENT'S INITIAL |
| | ) | EXHIBIT LIST |
| SUN, WEI QIN, | ) | |
| | ) | |
| Defendant. | ) | Trial: October 15, 2007 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Alex R. Munson |

The United States of America, by and through its undersigned attorneys, hereby submits the attached initial list of exhibits that the government intends to introduce in its case-in-chief, while reserving the right to amend or supplement this list as needed.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 10/05/07          By:   _____/s/_____
                                ERIC S. O'MALLEY
                                Assistant U.S. Attorney

UNITED STATES v. SUN, WEI QIN

EXHIBITS

1. C.N.M.I. Authorization for Entry for Lin, Xiulan
2. Handling Fee Receipt dated 12/12/2006 (with translation)
3. Handling Fee Receipt dated 2/13/2007 (with translation)
3. Remittance Receipt for 20,000 RMB (with translation)
4. Certificate of criminal background check for Xiulan Lin (5 pgs., including notarial certificate and notarized translation)
5. Certificate of former employment for Xiulan Lin (3 pgs. including with notarial certificate and translation)
6. Certificate of birth for Xiulan Lin (5 pgs., including notarial certificate and notarized translation)
7. Declanation of Self Housing and Transportation (6 pgs., including notarial certificate and notarized translation)
8. C.N.M.I. Labor Control Form for Lin, Xiulan
9. C.N.M.I. Department of Labor application fees receipt for Lin, Xiulan
10. Nonresident Workers Affidavit for Lin, Xiulan (2 pgs.)
11. Employment Contract between Saite Development Corp. and Lin, Xiulan (3 pgs.)
12. 2006 Annual Corporate Report Saite Communication Development Corp.
13. 2006 Annual Corporate Report Phoenix Corp.
14. Phrase sheet with English and Chinese
15. Yellow Notebook (10 pgs.)
16. Translation of Yellow Notebook (10 pgs.)
17. Recording of conversation 3/23/07
18. Transcript of recording by LA Katherine Chen