IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00009 |
| Plaintiff, | ) | |
| -v- | ) | **ORDER** |
| SUN, WEI QIN, | ) | |
| Defendant | ) | |

IT IS HEREBY ORDERED that the jury trial as to defendant SUN, WEI QIN, shall commence on Monday, October 15, 2007 at **1:00 p.m.**

DATED this 9th day of October, 2007.

HON. ALEX R. MUNSON
Chief Judge

AO 72
(Rev. 08/82)