**JOSEPH JAMES NORITA CAMACHO**
**CAMACHO & ALEPUYO**
**Attorneys-at-Law**
**2nd Floor, Lim's Bldg., Oleai**
**P.O. Box 5506 CHRB**
**Saipan, MP 96950**
**(670) 233-8535 / 8536 / 8537**
**(670) 233-8538 fax**

Court-appointed Counsel for Sun, Wei Qin

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. <u>07-00009</u> |
| Plaintiff, | MOTION FOR COURT-APPOINTED INVESTIGATOR |
| vs. | |
| **SUN, WEI QIN,** | |
| Defendant. | |

NOW COMES, Defendant Sun, Wei Qin, by and through her court-appointed counsel Joseph James Norita Camacho to respectfully move and request from this Honorable Court for a court-appointed investigator to assist defendant and defendant's counsel in preparation for a Jury Trial schedule for October 15, 2007 at 9 a.m. before the Honorable Chief Judge Alex R. Munson

After repeated attempts, the Government and Defense have failed to reach a non-trial disposition of the above caption case. Without disclosing defendant's strategy for trial, a court-appointed investigator is necessary to assist Counsel in follow-up investigations and trial preparation.

1  The defendant makes this request in order to mount a complete and proper defense to the charge
2  leveled against the defendant.
3
4
5  Date: October 10, 2007                                        Respectfully submitted
6                                                                /s/ Joseph James Norita Camacho
7                                                                _____
                                                                 Joseph James Norita Camacho
8                                                                Attorney for Sun, Wei Qin