**JOSEPH JAMES NORITA CAMACHO**
**CAMACHO & ALEPUYO**
**Attorneys-at-Law**
**2nd Floor, Lim's Bldg., Oleai**
**P.O. Box 5506 CHRB**
**Saipan, MP 96950**
**(670) 233-8535 / 8536 / 8537**
**(670) 233-8538 fax**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO. 07-00009** |
| Plaintiff, | **DEFENDANT'S PROPOSED JURY INSTRUCTIONS** |
| vs. | |
| **SUN, WEI QIN,** | |
| Defendant. | |

Defendant is in agreement with the Government's Proposed Jury Instruction except with portions of Number 18. Defendant has no objection to subpart 1 and 2 of Number 18, ( 6 CMC, subsection 1342 and 1343.) All other subparts of Number 18 should be clearly labeled as Definition to avoid confusion.

Respectfully submitted

/s/

Joseph James Norita Camacho
Attorney for Sun, Wei Qin