LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:  (670) 236-2980
Fax:             (670) 236-2985

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00009 |
| Plaintiff, | ) | |
| v. | ) | **GOVERNMENT'S PROPOSED INTERPRETERS** |
| SUN, WEI QIN, | ) | |
| Defendant. | ) | Trial: October 15, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

The United States of America, hereby submits its Proposed Interpreters for use at trial.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: _____     By:_____/s/_____
                                              ERIC S. O'MALLEY
                                              Assistant U.S. Attorney

UNITED STATES v. SUN, WEI QIN

GOVERNMENT'S PROPOSED INTERPRETERS

1. Primary: Monique Kremer

2. Backup: Veronica Kwok