FILED
Clerk
District Court

OCT 11 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07-00009 |
| Plaintiff | ) | |
| v. | ) | ORDER GRANTING DEFENDANT'S MOTION |
| SUN, Wei Qin, | ) | TO HIRE AN INVESTIGATOR |
| Defendant | ) | |

IT IS ORDERED that defendant's motion to hire an investigator, said motion made pursuant to 18 U.S.C. § 3006A(e), is granted, up to a limit of $1,000.00. Should defendant require additional funds, she shall first move the court for an increased amount.

DATED this 11th day of October, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)