1 LEONARDO M. RAPADAS
United States Attorney
2 ERIC S. O'MALLEY
Assistant United States Attorneys
3 DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
4 Horiguchi Building, Third Floor
P.O. Box 500377
5 Saipan, MP 96950
Telephone: (670) 236-2980
6 Fax:        (670) 236-2985

7 Attorneys for United States of America

8                UNITED STATES DISTRICT COURT
                NORTHERN MARIANA ISLANDS
9

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00009 |
| | ) | |
| 11         Plaintiff, | ) | |
| | ) | GOVERNMENT'S FIRST AMENDED |
| 12   v. | ) | EXHIBIT LIST |
| | ) | |
| 13 SUN, WEI QIN, | ) | |
| | ) | Trial: October 15, 2007 |
| 14         Defendant. | ) | Time: 1:00 p.m. |
| | ) | Judge: Hon. Alex R. Munson |
| 15 _____ | ) | |

16     The United States of America, by and through its undersigned attorneys, hereby submits the

17 attached amended list of exhibits that the government intends to introduce in its case-in-chief, in the

18 order of likely introduction, while reserving the right to amend or supplement this list as needed.

19
                              LEONARDO M. RAPADAS
20                               United States Attorney
                              District of the Northern Mariana Islands
21

22

23 DATED: _____     By:_____/s/_____
                                ERIC S. O'MALLEY
24                               Assistant U.S. Attorney

25

UNITED STATES v. SUN, WEI QIN

EXHIBITS

1. C.N.M.I. Employment Application for Lin, Xiulan (Chinese Notary Certificate, Nonresident Workers Affidavit for Lin, Xiulan, Employment Contract between Saite Development Corp. and Lin, Xiulan)(8 pgs.)

2. Certificate of criminal background check for Xiulan Lin (5 pgs., including notarial certificate and notarized translation)

3. Certificate of former employment for Xiulan Lin (7 pgs., including with notarial certificate and translation)

4. Certificate of birth for Xiulan Lin (5 pgs., including notarial certificate and notarized translation)

5. Declanation of Self Housing and Transportation (6 pgs., including notarial certificate and notarized translation)

6. Physical Exam at Point of Hire for Xiulan Lin

7. Inoculation Card for Xiulan Lin (1 pg.)

8. C.N.M.I. Department of Labor receipt for Lin, Xiulan

9. Handwritten notes with account number (with translation)

10. Copy of Handling Fee Receipts dated 12/12/2006 and 2/13/2007 (with translation)

11. Remittance Receipt for 20,000 RMB (with translation)

12. DHL Receipt–recipient's copy

2

13. C.N.M.I. Authorization for Entry for Lin, Xiulan (2 pgs.)

14. Airline ticket for Lin, Xiulan

15. 2005 Annual Corporate Report Saite Communication Development Corp.

16. 2006 Annual Corporate Report Phoenix Corp.

17. Phrase sheet with English and Chinese (with translation)

18. DHL Receipt-sender's copy

19. Yellow Notebook (7 pgs.)

20. Translation of Yellow Notebook (6 pgs.)

21. Recording of conversation 3/23/07

22. Transcript of recording by LA Katherine Chen (46 pgs.)