LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2980
Fax:            (670) 236-2985

Attorneys for United States of America

### UNITED STATES DISTRICT COURT
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07-00009 |
|           Plaintiff, ) | |
| v. ) | GOVERNMENT'S FIRST AMENDED |
| SUN, WEI QIN, ) | WITNESS LIST |
|           Defendant. ) | |
| ) | Trial: October 15, 2007 |
| ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Alex R. Munson |

      The United States of America, by and through its undersigned attorneys, hereby submits the attached first amended list of potential witnesses for voir dire purposes, as well as names of persons that may be mentioned during trial, reserving the right to amend or supplement this list as needed.

                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    District of the Northern Mariana Islands

DATED: 10/05/07        By:  _____/s/_____
                                    ERIC S. O'MALLEY
                                      Assistant U.S. Attorney

UNITED STATES v. SUN, WEI QIN

WITNESSES

1. James Ulloa, C.N.M.I. Department of Labor, Saipan, MP
2. Dana McMahon, Federal Bureau of Investigations, Saipan, MP
3. Jack Stokes, Transportation Safety Administration, Saipan, MP
4. Lin Xiulan, Saipan, MP
5. Sun Xiuli, Saipan, MP
6. Zhong Jie, Phoenix Corporation, Saipan, MP
7. Leung Min Hu, Saipan, MP
8. Li Meijuan, Phoenix Corporation, Saipan, MP
9. Lin, Jinping, Phoenix Corporation, Saipan, MP
10. Wang, Hong, Phoenix Corporation, Saipan, MP
11. Song, Guoping, Phoenix Corporation, Saipan, MP
12. Daniel Martinez, C.N.M.I. Department of Corrections, Saipan, MP
13. Katherine Chen, Linguist--Federal Bureau of Investigations, Washington, D.C.
14. Yang Jun, Pacific Weekly Newspaper, Saipan, MP
15. Ling Lin, Ling Lin Store, Saipan, MP
16. Grace Vergara, Ling Lin Store, Saipan, MP