```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   OCT 1 5 2007

                                              For The Northern Mariana Islands
        UNITED STATES DISTRICT COURT          By_____
           NORTHERN MARIANA ISLANDS                   (Deputy Clerk)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION OF FACTS |
| | ) | |
| SUN, WEI QIN, | ) | |
| | ) | Trial: October 15, 2007 |
| Defendant. | ) | Time: 1:00 p.m. |
| | ) | Judge: Hon. Alex R. Munson |
| | ) | |
| _____ | ) | |

The parties in the above-captioned case hereby stipulate to those facts attached hereto.


                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        District of the Northern Mariana Islands

_____         By: _____
JOSEPH N. CAMACHO                       ERIC S. O'MALLEY
Counsel for Defendant                   Assistant U.S. Attorney


DATED: 10/15/07                         DATED: 10/15/07

<u>UNITED STATES</u> v. <u>SUN, WEI QIN</u>

<u>STIPULATIONS OF FACT</u>

**Sun, Wei Qin**

1.  Defendant Sun, Wei Qin is a citizen of the People's Republic of China. She was born on September 3, 1965.

2.  According to the C.N.M.I. Division of Immigration, defendant Sun, Wei Qin's record of entering and departing the C.N.M.I. during the period relevant to this trial is as follows:
    - Arrived Saipan October 2, 2004
    - Departed Saipan May 1, 2005
    - Arrived Saipan June 22, 2005
    - Departed Saipan October 10, 2006
    - Arrived Saipan October 31, 2006

**Saite Communication Development Corp.**

3.  Saite Communication Development Corp. was incorporated in the C.N.M.I. on January 25, 2005.

4.  At all times relevant to this trial, Saite Communication Development Corp. operated a computer room in Lower Base, on the island of Saipan.

5.  According to C.N.M.I. Department of Commerce records, the owners, directors and corporate officers of Saite Communication Development Corp. are:

- Chen Wei Qi (president and 60% shareholder)
- Shun Wei Lun (vice-president and 40% shareholder)
- Leung Min Hu (secretary)

**Phoenix Corp.**

6.  Phoenix Corp. was incorporated in the C.N.M.I. on December 15, 2005.

7.  According to C.N.M.I. Department of Commerce records, the owners, directors and corporate officers of Phoenix Corp. are:

- Zhong Wei Tang (president and 40% shareholder)
- Sun, Chun Ying (vice-president and 30% shareholder)
- Zhong Jie (secretary and 30% shareholder)

8.  At all times relevant to this trial, Phoenix Corp. operated as "Phoenix Night Club", a nightclub located in Chalan Kanoa, on the island of Saipan.