# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-07-00009                                                October 15, 2007
                                                           8:00 a.m.

### UNITED STATES OF AMERICA -v- SUN, WEI QIN

PRESENT:   Hon. Alex R. Munson
           Sanae Shmull, Court Reporter
           Galo L. Perez, Clerk of Court
           K. Lynn Lemieux, Courtroom Deputy
           Tina Matsunaga, Deputy Clerk

   At 8:00 a.m. 51 jurors appeared for jury orientation.  Jurors were empaneled and instructed by the Court and ordered to return at 1:00 p.m. to begin trial.

PRESENT:   Hon. Alex R, Munson, Chief Judge
           Abigail Robinson, Law Clerk
           Sanae Shmull, Court Reporter
           K. Lynn Lemieux, Courtroom Deputy
           Eric O'Malley, Assistant U. S. Attorney
           Jared Fishman, U.S. Department of Justice
           Joseph Camacho, Attorney for Defendant
           Sun, Wei Qin, Defendant

PROCEEDINGS:   Jury Selection

   Government by Eric O'Malley, AUSA and Jared Fishman, Attorney, U.S. Dept. Of Justice.  Attorney James Camacho was present on behalf and with defendant SUN, Wei Qin.  Also present was interpreter Aby Leung.  48 potential jurors were present.

   Jurors were sworn and Court began voir dire of Panel 71001.

   At 3:00 p.m. a panel of twelve jurors and two alternates were seated and sworn.  Juror #1: Aguon, Jotonia; #2: Tudela, Delcinia; #3: Wallace, Mark; #4: Villagomez, Gregory; #5:Magofna, Antonio; #6: Fejeran, Edith; #7: Pangelinan, Jessica; #8: Rechebei, Roy; #9: Ogo, Laura; #10: Cruz, Lucia; #11: Mendiola, Manuela; #12: Takai, Diego; Alt. #1: Ayuyu, Henry; Alt. #2: Mafnas, Frankie.

Remaining jurors were thanked and excused.

Court recessed the jurors from the Courtroom at 3:05 p.m.

Outside the presense of the jurors.  Attorney Camacho moved to keep all witnesses out of the Courtroom until called to testify.  Court so ordered.

Court recessed at 3:07 p.m. and reconvened at 3:20 p.m.

Court gave introduction to the trial of this case to the jurors.

Government began opening statement at 3:38 p.m. and concluded at 3:55 p.m.

Defense began opening statement at 3:57 p.m. and concluded at 4:00 p.m.

Government called witness:

**JACK STOKES** . DX. CX. RDX. RCX.  Witness excused at 4:15 p.m.

**JAMES ULLOA**.   DX. Government moved into evidence Exhibits 1,2,3,4,5 and 6; no objection; Court so ordered.

At 4:33 p.m. court recessed the jurors for the evening admonishing them not to talk with anyone about the case, not to read the newspaper or listen to the media and to return tomorrow morning at 9:00 a.m. to continue the trial.

Adjourned 4:33 p.m.

/s/K. Lynn Lemieux,   Court Deputy