# CRIMINAL JURY PEREMPTORY CHALLENGE SHEET

| DATE | Monday, October 15, 2007 | DOCKET NO. | CR-07-00009-001 |
|---|---|---|---|
| CAPTION | United States of America -vs- | | SUN, Wei Qin |
| ATTORNEYS | Eric O'Malley, AUSA | | Joseph J.N. Camacho, Esq. |

| | 7 | | 8 | | 9 | | 10 | | 11 | | 12 | | ALTERNATE 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GP | ~~Sakisat, Fermin~~ | GP | ~~San Nicolas, Joaquin~~ | DP | ~~Hansen, Mariana~~ | | Cruz, Lucia | DP | ~~Babauta, Jervy~~ | GP | ~~Camacho, Jason~~ | DP | ~~Cepeda, Paulina~~ |
| | Pangelinan, Jessica | GP | ~~Torres, Robert~~ | DP | ~~Naputi, Melinda~~ | | | | Mendiola, Manuela | CC | ~~Sanchez, Teresita~~ | | Mafnas, Frankie |
| | | | Rechebei, Roy | DP | ~~Esteves, Maria~~ | | | | | DP | ~~Palacios, Silvestre~~ | | |
| | | | | CC | ~~Inoke, Tracy~~ | | | | | DP | ~~Taitano, Sonia~~ | | |
| | | | | | Ogo, Laura | | | | | | Takai, Diego | | |

| | 1 | | 2 | | 3 | | 4 | | 5 | | 6 | | ALTERNATE 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DP | ~~Quitugua, Phillip~~ | DP | ~~Aldan, Jeffrey~~ | | Wallace, Mark | DP | ~~Atalig, Jerome~~ | DP | ~~Augenbaugh, Kelmer~~ | | Fejeran, Edith | | Ayuyu, Henry |
| | Aguon, Jotonia | | Tudela, Delcinia | | | | Villagomez, Gregory | GP | ~~Kim, Teresa~~ | | | | |
| | | | | | | | | | Magofna, Antonio | | | | |

CODES: **CC** = *Challenge for Cause*   **DP** = *Defendant's Peremptory Challenge*   **GP** = *Government's Peremptory Challenge*

Form NMI-CRJY01 (Rev. 06/01)

## CHALLENGES TAKEN

| PLAINTIFF | | DEFENSE | |
|---|---|---|---|
| CHALLENGE | ACTION | CHALLENGE | ACTION |
| 1 | Sakisat, Fermin | 1 | Aldan, Jeffrey |
| | | 2 | Hansen, Mariana |
| 2 | Camacho, Jason | 3 | Palacios, Silvestre |
| | | 4 | Naputi, Melinda |
| 3 | San Nicolas, Joaquin | 5 | Atalig, Jerome |
| | | 6 | Esteves, Maria |
| 4 | Torres, Robert | 7 | Babauta, Jervy |
| | | 8 | Augenbaugh, Kelmer |
| 5 | Kim, Teresa | 9 | Quitugua, Phillip |
| 6 | PASS | 10 | Taitano, Sonio |

### ALTERNATES

| | | | |
|---|---|---|---|
| 1 | PASS | 1 | Cepeda, Paulina |
| 2 | | 2 | |