# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-07-00009                                              October 16, 2007
                                                         9:10 a.m.

## UNITED STATES OF AMERICA -v- SUN, WEI QIN

PRESENT:    Hon. Alex R, Munson, Chief Judge
            Abigail Robinson, Law Clerk
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Eric O'Malley, Assistant U. S. Attorney
            Jared Fishman,  U.S. Department of Justice
            Joseph Camacho, Attorney for Defendant
            Sun, Wei Qin, Defendant

PROCEEDINGS:      Jury Trial - Day Two

     Government by Eric O'Malley, AUSA and Jared Fishman, Attorney, U.S. Dept. Of Justice. Attorney James Camacho was present on behalf and with defendant SUN, Wei Qin.  Also present was interpreter Aby Leung.  12 jurors and 2 alternates were present.

     Government continued with the DX of witness James Ulloa.  Government moved to admit Ex. #7 into evidence; no objection, Court so ordered.  CX. RDX.   Witness was excused.

     **DANIEL MARTINEZ**.  DX by Attorney Jared Fishman.  CX.  RDC. RCX.  Witness was excused at 9:50 a.m.

     Government called witness:

     Interpreter Monique Kremer was sworn as interpreter/translator of the Mandarin language.

     **LIN  XIULAN**.  DX by Eric O'Malley, AUSA.

     Court recessed for morning break at 10:30 a.m. and reconvened at 11:00 a.m.

     Government continued with the DX of witness Lin Xiulan.  Government offered Ex. 8, and 8T into evidence; no objection, Court so ordered.    Government offered Ex. 9 into evidence; no objection, Court so ordered. Government offered Ex. 10 into evidence; no objection, Court so

ordered. Government offered Ex. 11 and 11T into evidence; no objection, Court so ordered.

Jurors were excused for lunch at 11:30 p.m. and left the Courtroom.

Discussions were conducted between Court and counsel regarding jury verdict forms.

Court recessed at 11:40 a.m. for lunch and reconvened at 1:15 p.m.

Government continued with the DX of witness Lin Xiulan. Government offered Ex. 9T and 10T into evidence; no objection, Court so ordered. Government offered Ex. 12 into evidence; no objection, Court so ordered. Government offered Ex. 13 into evidence; no objection, Court so ordered. Government offered Ex. 14 into evidence; no objection, Court so ordered.

Court recessed the jurors for break at 2:20 p.m. and reconvened at 2:45 p.m.

Government continued with DX of witness Lin Xiulan.

Court recessed at 3:45 p.m. and reconvened at 4:05 p.m.

Attorney Camacho began CX of witness Lin Xiulan.

Jurors were excused for the evening at 4:35 p.m. and ordered to return at 9:00 a.m. tomorrow morning.

Outside the presence of the jurors, discussion was had regarding the witnesses yet to be called.

Adjourned 4:40 p.m.


/s/K. Lynn Lemieux,   Court Deputy