FILED
Clerk
District Court

OCT 17 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                               )<br>                           Plaintiff          )<br>                                                               )<br>             v.                                            )<br>                                                               )<br>SUN, Wei Qin,                                    )<br>                                                               )<br>                           Defendant       )<br>_____) | Criminal Nos. 07-00009<br>                        07-00024<br><br><br>ORDER CLOSING FILE<br>07-00009 and DIRECTING THAT<br>ALL CURRENT AND FUTURE<br>FILINGS BE PLACED IN<br>FILE 07-00024 |

IT IS ORDERED that Criminal No. 07-00009 be and hereby is closed and that a copy of this order be placed in said file; and,

IT IS FURTHER ORDERED that all filings in Criminal No. 07-00009 be and hereby are transferred to Criminal No. 07-00024, which file was opened when the August 10, 2007, superseding indictment was returned against defendant. All future filings shall be filed in Criminal No. 07-00024.

DATED this 17th day of October, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)